M & T CHEMICALS, INC., Petitioner v. BARKER INDUSTRIES, INC.; Virginia F. Settin; Flavius Settin; and John F. Settin, Respondents.

(378 S. E. (2d) 261)

Supreme Court

April 19, 1989.

## ORDER

Petitioner moves for a writ of certiorari to review the decision of the Court of Appeals in the *M & T Chemicals, Inc. v. Barker Industries, Inc.*, 296 S. C. 103, 370 S. E. (2d) 886 (Ct. App. 1988), and to be permitted to argue against precedent.

The petition to argue against precedent is denied.

The petition for writ of certiorari is denied.

It is so ordered.

LAZAR CONSTRUCTION CO., INC. v. James Bryan LONG.

(378 S. E. (2d) 261)

Supreme Court

April 19, 1989.

## ORDER

Petition for Writ of Certiorari denied.